# U.S. Patent No. 7,437,472 v. Apple, Inc.

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [25.P] An interactive broadband server system, comprising: a backbone switch including a plurality of bi-directional ports; | Apple, Inc. ("Company") makes, uses, sells, offers to sell and/or imports an interactive broadband server system, comprising a backbone switch including a plurality of bi-directional ports.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Apple TV, a subscription-based video streaming service that allow users to watch content (including but not limited to video content) on client/user devices such as iPhone and iPad. Apple TV service runs on Apple servers (hereinafter referred to as 'origin servers') and Apple Edge Cache servers (hereinafter referred to as CDN edge servers) (collectively constituting a "interactive broadband server system") for storing and delivering the video/media files to the user's device using HTTP Live Streaming (HLS).<br><br>Further, when the user requests to watch video content from their device, the CDN edge servers first check their local storage for the requested video content. If the content is not found locally, the CDN edge servers forward the request to the origin servers to retrieve the requested video content. Further, in response to receiving the request from the CDN edge servers, origin servers transmit the requested video content to the CDN edge servers. Therefore, in order to facilitate communication between the CDN edge servers and origin servers, the interactive broadband server system includes a switch ("a backbone switch") that includes a plurality of bi-directional ports. |




Source: https://www.apple.com/in/apple-tv-app/

DESCRIPTION

tv+

Apple TV+ is a subscription video-on-demand streaming television service by Apple. It is similar to Netflix, Hulu and other streaming services.

Source: https://www.netify.ai/resources/applications/apple-tv

| | |
|---|---|
| | Apple Edge Cache (AEC) is equipment supplied and managed by Apple for deployment within ISP partner networks to deliver Apple content directly to customers.<br>Source: https://cache.edge.apple/<br>**The Apple TV app is everywhere.**<br>The Apple TV app is already on iPhone, iPad, iPod touch, Mac, and Apple TV. And along with the devices listed below, even more are coming soon.[1]<br>Source: https://www.apple.com/eg/apple-tv-app/devices/ |




Origin servers and CDN edge servers collectively constitutes "interactive broadband server system"

Source: https://developer.apple.com/videos/play/wwdc2019/502/, at 6:08 (annotated)

## Overview

HTTP Live Streaming (HLS) sends audio and video over HTTP from an ordinary web server for playback on iOS-based devices—including iPhone, iPad, iPod touch, and Apple TV—and on desktop computers (macOS). Using the same protocol that powers the web, HLS deploys content using ordinary web servers and content delivery networks. HLS is designed for reliability and dynamically adapts to network conditions by optimizing playback for the available speed of wired and wireless connections.

Source: https://developer.apple.com/documentation/http-live-streaming

Published the first edition of this document describing the HTTP Live Streaming specifications for audio and video content delivery for Apple TV.

| | |
|---|---|
| | Source: https://developer.apple.com/documentation/http-live-streaming/hls-authoring-specification-for-apple-devices<br><br>**Expect Delivery from CDN Tune-In**<br><br>Players of Low-Latency HLS should expect delivery of low-latency streams through CDNs and other HTTP caches. To start playback at low latency, the client must first obtain a reasonably up-to-date version of the Media Playlist. Appendix C of HTTP Live Streaming 2nd Edition describes an efficient approach for obtaining an up-to-date Media Playlist served through an HTTP cache.<br><br>Source: https://developer.apple.com/documentation/http-live-streaming/enabling-low-latency-http-live-streaming-hls<br><br>So imagine that you've got your HLS Stream. You're authoring it to your origin on the right. In a particular time, it's placed a playlist up there. It has three segments in it. Now, the first client that checks in wants to find the latest greatest media.<br><br>If the CDN edge server that it's talking to hasn't cached any of that stuff yet, he's actually in good shape because he's going to ask for a playlist. The CDN is going to get it from the origin, get the latest versions, sent it right to the client. Client 1 is in good shape. The problem comes about a second or two later when on the origin, we get a new segment in town and the playlist is updated with now containing segments 1 through 4.<br><br>Source: https://developer.apple.com/videos/play/wwdc2019/502/<br><br>So what happens now is when client 1 wants a particular update. It'll ask for it. The CDN says, "I've never heard of that." I'm going to go right over the origin, the origin is going to say, "Well, that's because I haven't built it yet." So now, it chugs away. Once it has it update, it hands it to the CDN which hands it right to the client. |

Source: https://developer.apple.com/videos/play/wwdc2019/502/




Source: https://developer.apple.com/videos/play/wwdc2019/502/, at 6:08 (annotated)

| | |
|---|---|
| |  <br>Source: https://devstreaming-cdn.apple.com/videos/wwdc/2019/502gzyuhh8p2r8g8/502/502_introducing_lowlatency_hls.pdf?dl=1, at page 56 (annotated) |

| | |
|---|---|
| | <br>Source: https://medium.com/globant/content-delivery-networks-explained-5a1feaa224c8, (annotated)<br><br>Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s). |

## What is CDN in iOS?

A **CDN** in iOS, or **Content Delivery Network**, is a system of distributed servers that efficiently deliver various types of content such as images, videos, and web pages to mobile devices, like iPhones and iPads.

Source: https://locall.host/apple-cdn/

2. **Integration with Apple Ecosystem:** Apple's CDN is fully integrated into their ecosystem of devices and services, such as iTunes, iCloud, and Apple TV.

Source: https://locall.host/apple-cdn/

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Defendant. |
| [25.1] a disk array comprising a plurality of disk drives, said disk array storing a plurality of titles sub-divided into a plurality of data chunks which are distributed across said disk array; | Company provides Apple TV service, which runs on the interactive broadband server system, comprising a disk array comprising a plurality of disk drives, said disk array storing a plurality of titles sub-divided into a plurality of data chunks which are distributed across said disk array.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the origin servers and the CDN edge servers store the video/media files that are to be delivered to the user's device. Therefore, it would be apparent to a person having ordinary skill in the art that the origin servers and the CDN edge servers include a plurality of disk drives to store the video/media files. Further, the plurality of disks across collectively constitutes an array ("disk array") for storing video/media files ("plurality of titles"). Further, Stream segmenter (software used by Apple in HTTP Live Streaming (HLS) to deliver content to the user's device) splits the video/media files into segments ("data chunks"), where the segments are distributed across the array.<br><br>**Overview**<br><br>HTTP Live Streaming (HLS) sends audio and video over HTTP from an ordinary web server for playback on iOS-based devices—including iPhone, iPad, iPod touch, and Apple TV—and on desktop computers (macOS). Using the same protocol that powers the web, HLS deploys content using ordinary web servers and content delivery networks. HLS is designed for reliability and dynamically adapts to network conditions by optimizing playback for the available speed of wired and wireless connections.<br>Source: https://developer.apple.com/documentation/http-live-streaming<br><br>In a typical configuration, a hardware encoder takes audio-video input, encodes it as HEVC video and AC-3 audio, and outputs a fragmented MPEG-4 file or an MPEG-2 transport stream. A software stream segmenter then breaks the stream into a series of short media files, which are placed on a web server. The segmenter also creates and maintains an index file containing a list of the media files. The URL of the index file is published on the web server. Client software reads the index, then requests the listed media files in order and displays them without any pauses or gaps between segments.<br>Source: https://developer.apple.com/documentation/http-live-streaming |

| | |
|---|---|
| | <br>Source: https://developer.apple.com/videos/play/wwdc2019/502/, at 6:08 (annotated) |

| | |
|---|---|
| | <br>Source: https://medium.com/globant/content-delivery-networks-explained-5a1feaa224c8<br><br>Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Defendant. |
| [25.2] a plurality of processors, each having a plurality of interfaces including a first | Company provides Apple TV service which runs on the interactive broadband server system, comprising a plurality of processors, each having a plurality of interfaces including a first interface coupled to a port of said backbone switch, a second interface coupled to at least one disk drive of said drive array, and a third interface for coupling to a network for interfacing a plurality of subscriber devices.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| interface coupled to a port of said backbone switch, a second interface coupled to at least one disk drive of said drive array, and a third interface for coupling to a network for interfacing a plurality of subscriber devices; | For example, the origin servers and the CDN edge servers communicate with each other using the backbone switch, store content in their respective disk drives, and deliver content to the user's device upon receiving a request from a user. Therefore, it would be apparent to a person having ordinary skill in the art that each of origin server and CDN edge servers includes a processor (collectively constitutes "a plurality of processors"), where each processor corresponding to each origin server and CDN edge servers includes a first interface coupled to a port of the backbone switch, a second interface coupled to the disk drives of the disk array, a third interface coupled to a network for interfacing a plurality of users' devices.<br><br><br>Source: https://developer.apple.com/videos/play/wwdc2019/502/, at 6:08 (annotated) |

| | |
|---|---|
| | <br>Source: https://medium.com/globant/content-delivery-networks-explained-5a1feaa224c8, (annotated)<br><br>Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Defendant. |
| [25.3] wherein each of said plurality of processors is coupled between said backbone | Company provides Apple TV service , which runs on the interactive broadband server system, wherein each of said plurality of processors is coupled between said backbone switch and said disk array.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| switch and said disk array; and | For example, the processor of each origin server and each CDN edge server is coupled to the disk array. Therefore, it would be apparent to a person having ordinary skill in the art that the processor corresponding to each origin server and each CDN edge server is coupled between the backbone switch and the disk array.<br><br><br><br>Source: https://medium.com/globant/content-delivery-networks-explained-5a1feaa224c8, (annotated)<br><br>Note: The above evidence has been obtained from a third-party source. Upon information and belief, the information presented in the evidence describes the version of the accused product(s).<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Defendant. |
| [25.4] a plurality of processes for | Company provides Apple TV service, which runs on the interactive broadband server system, comprising a plurality of processes for execution on said plurality of processors, said plurality of processes enabling each processor to |

| | |
|---|---|
| execution on said plurality of processors, said plurality of processes enabling each processor to retrieve a plurality of data chunks of a requested title from two or more of said plurality of processors, to assemble said requested title, and to transmit said requested title via said third interface. | retrieve a plurality of data chunks of a requested title from two or more of said plurality of processors, to assemble said requested title, and to transmit said requested title via said third interface.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user requests video content ("requested title"), the origin server (or edge server) closest to the geographical location of the user first checks its local storage (disk drives) for the required segments and then retrieves the required data chunks from its disk drives and delivers them to the user's device. For instance, if the CDN edge server closest to the geographical location of the user does not have the required data chunks, the CDN edge server forwards the request to the origin servers to retrieve the required segments. Therefore, upon information and belief, the interactive broadband system comprises a plurality of processes for execution on the plurality of processors, enabling each processor to retrieve a plurality of data chunks of a requested title from two or more of said plurality of processors, to assemble said requested title, and to transmit said requested title via said third interface.<br><br>So imagine that you've got your HLS Stream. You're authoring it to your origin on the right. In a particular time, it's placed a playlist up there. It has three segments in it. Now, the first client that checks in wants to find the latest greatest media.<br><br>If the CDN edge server that it's talking to hasn't cached any of that stuff yet, he's actually in good shape because he's going to ask for a playlist. The CDN is going to get it from the origin, get the latest versions, sent it right to the client. Client 1 is in good shape. The problem comes about a second or two later when on the origin, we get a new segment in town and the playlist is updated with now containing segments 1 through 4.<br>Source: https://developer.apple.com/videos/play/wwdc2019/502/ |

So what happens now is when client 1 wants a particular update. It'll ask for it. The CDN says, "I've never heard of that." I'm going to go right over the origin, the origin is going to say, "Well, that's because I haven't built it yet." So now, it chugs away. Once it has it update, it hands it to the CDN which hands it right to the client.

Source: https://developer.apple.com/videos/play/wwdc2019/502/




Source: https://developer.apple.com/videos/play/wwdc2019/502/, at 6:08

| | |
|---|---|
| |   Source: https://devstreaming-cdn.apple.com/videos/wwdc/2019/502gzyuhh8p2r8g8/502/502_introducing_lowlatency_hls.pdf?dl=1, at page 56 |

| | |
|---|---|
| | <br>Source: https://medium.com/globant/content-delivery-networks-explained-5a1feaa224c8<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Defendant. |

## 2. List of References


1. . https://developer.apple.com/videos/play/wwdc2019/502/, last accessed on May 28, 2025.
2. https://developer.apple.com/documentation/http-live-streaming/hls-authoring-specification-for-apple-devices, last accessed on May 28, 2025.
3. https://medium.com/globant/content-delivery-networks-explained-5a1feaa224c8, last accessed on May 28, 2025.
4. https://developer.apple.com/documentation/http-live-streaming/enabling-low-latency-http-live-streaming-hls, last accessed on May 28, 2025.
5. https://developer.apple.com/documentation/http-live-streaming, last accessed on May 28, 2025.
6. https://devstreaming-cdn.apple.com/videos/wwdc/2019/502gzyuhh8p2r8g8/502/502_introducing_lowlatency_hls.pdf?dl=1, last accessed on May 28, 2025.
7. https://locall.host/apple-cdn/, last accessed on May 28, 2025.
8. https://www.apple.com/in/apple-tv-app/, last accessed on May 28, 2025.
9. https://www.netify.ai/resources/applications/apple-tv, last accessed on May 28, 2025.
10. https://www.apple.com/eg/apple-tv-app/devices/, last accessed on May 28, 2025.